# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00707-CR

**Michael Liedtke, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 52,511, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant Michael Liedtke pleaded guilty to aggravated assault. *See* Tex. Pen. Code Ann. § 22.02 (West 1994). The district court adjudged him guilty and assessed punishment at imprisonment for six years, as called for in a plea bargain agreement.

Appellant's general notice of appeal does not confer jurisdiction on this Court. Tex. R. App. P. 25.2(b)(3); *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.—Austin 2001, no pet.); *see also Cooper v. State*, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001) (rule 25.2(b) limits every appeal in a plea bargain, felony case). In addition, the clerk's record contains a written waiver of appeal signed by appellant and his attorney on the day sentence was imposed in open court. *See Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974).

The appeal is dismissed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   January 10, 2002

Do Not Publish